UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:20-cv-24357-MARTINEZ/BECERRA

JANE DOE,
      Plaintiff,

v.

SUELYN MEDEIROS,
      Defendant.
_____/

## JOINT STATUS REPORT

Plaintiff, Jane Doe, and Defendant, Suelyn Medeiros (collectively the "Parties"), through their undersigned counsel and pursuant to this Court's Order Staying Case [DE 86], hereby submit this Joint Status Report.

Based on press reports and other information available to one or more of the parties, the parties state as follows:

The criminal case against Peter Nygard ("Nygard") is still pending in the Southern District of New York. Peter Nygard is currently incarcerated in Canada. The Canadian Minister of Justice has ordered that Canada will extradite Nygard to the jurisdiction of the United States after the Canadian criminal cases are concluded. Nygard is facing criminal charges in Toronto, where trial is expected to begin on September 11, 2023 and is expected to last two and a half months, and in Montreal, where no trial date is set.

1

Dated: April 12, 2023                   Respectfully Submitted,

By: */s/ Lisa D. Haba*                 By: */s/ Jonathan Etra*

**Lisa D. Haba** (FBN 077535)           **Jonathan Etra** (FBN 686905)
THE HABA LAW FIRM, P.A.              **Ryan K. Todd** (FBN 091679)
1220 Commerce Park Drive, Suite 207    NELSON MULLINS BROAD AND
Longwood, Florida 32779                 CASSEL
Tel.: 844-422-2529                      2 S. Biscayne Blvd., Suite 2100
lisahaba@habalaw.com                  Miami, FL 33131
                                            Tel: 305-373-9400
**Greg G. Gutzler** (*pro hac vice*)          Ryan.todd@nelsonmullins.com
**F. Franklin Amanat** (*pro hac vice*)     Jonathan.etra@nelsonmullins.com
DICELLO LEVITT GUTZLER LLC
60 E. 42nd St., Ste. 2400                 **Jayne Weintraub** (FBN 320382)
New York, New York 10165            SALE & WEINTRAUB, P.A.
Tel.: 646-933-1000                      2 S. Biscayne Blvd.
ggutzler@dicellolevitt.com             Miami, FL 33131
famanat@dicellolevitt.com             Tel: 305-374-1818
                                            jweintraub@saleweintraub.com

**Justin J. Hawal** (*pro hac vice*)
DICELLO LEVITT GUTZLER LLC      *Attorneys for Defendant*
7556 Mentor Avenue
Mentor, Ohio 44060
Tel.: 440-953-8888
jhawal@dicellolevitt.com

*Attorneys for Plaintiff*